# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY A. ANDERSON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-2918 |
| | : | |
| KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL SECURITY,[1] | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this  30th  day of September, 2021 upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 19) and Defendant's Response to Request for Review of Plaintiff (ECF No. 20), and in accordance with the accompanying Memorandum Opinion, **IT IS ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant; and

3. The Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

  /s/ Henry S. Perkin  
HENRY S. PERKIN
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Kijakazi should be substituted for the former Commissioner of Social Security, Andrew Saul, as the defendant in this action. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).